GLOBAL CAPITAL LAW, PC
Gary Harre, Esq. (86938)
8700 Warner Avenue, Suite 200
Fountain Valley, CA 92708
Telephone: (714) 907-4182
Facsimile: (714) 907-4175

UNITED STATE BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA- LOS ANGELES DIVISION

In Re:

Carolyn Veldez

Debtor

DECLARATION OF ATTORNEY GARY HARRE

Date: June 20, 2011
Time: 4:30 pm

**DECLARATION OF GARY HARRE, ESQ (Bar No. 86938)**

June 19, 2011

I am the principal Attorney with Global Capital Law, PC and declare as follows:

I have been ill since the beginning of May 2011 and was hospitalized from June 2, 2011 to June 6, 2011 for serious health problems. I am 73 years of age and am a diabetic with hypertension. I am on over 8 medications. My shortness of breath has disabled me and there is no diagnosis yet. I am only able to work a few hours daily.

I have passed out several times including one witnessed in the office May 11, 2011 when I was unable to attend a hearing in Los Angeles. I have been advised by my medical doctor to be very careful on my work load.

During the period prior to my hospitalization I missed several days of work that in retrospect has adversely affected the results of my client care. I have had to heavily

**DECLARATION OF GARY HARRE, ESQ.**

- 1 -

rely on my support staff. In fact, one trusted employee, a bar eligible attorney, working as a paralegal on my bankruptcy files made significant filings errors.

This combined with other financial difficulties resulted in the need to decrease office staffing, and resulting scheduling errors occurred. This combination has made me realize that I need to make a smooth exit transition to protect the interests of all clients. From June 6, 2011 to June 19, 2011 I tried to work to update the client's files, however, I am physically unable to continue and recognize it. I have worked to ensure there is a proper transfer of clients.

I have made arrangements for the Chapter 11 clients to be transferred to Attorney John Bauer. I am working to have another attorney become the attorney of record for the remaining client files, to ensure that the clients will be taken care of properly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

By: Gary Harre, ESQ

**DECLARATION OF GARY HARRE, ESQ.**

- 2 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8700 Warner Ave, Suite 200 Fountain Valley, Ca 92708

A true and correct copy of the foregoing document described as **NOTICE OF MOTION AND MOTING TO ORDER AN EXTENTION OF TIME, DECLARATION OF ATTORNEY GARY HARRE, AND PROOF OF SERVICE.**

Will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 20, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Jared D Bissell** ecfcacb@piteduncan.com
**Josephine E Salmon** ecfcacbrs@piteduncan.com
**United States Trustee (SV)** ustpregion16.wh.ecf@usdoj.gov
**Gary L Harre** ghcmecf@gmail.com
**Elizabeth (SV) F Rojas (TR)** cacb_ecf_sv@ch13wla.com

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR MAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 20, 2011,** I served the following person(s) and/or entity (ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

HONORABLE JUDGE MARK S. WALLACE
1200 I Street, Suite 4
Modesto, CA 95354

HONORABLE JUDGE ALAN AHART
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Room 940
Los Angeles, CA 90012

Amrane (SA) Cohen
770 The City Dr. So Ste. #3300
Orange, CA 92868

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 20, 2011 | Emily Khem | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE