| | | |
|---|---|---|
| Global Cpital Law, P.C<br>Gary Harre, Esq.<br>Atty. for Debtor<br>8700 Warner Ave. Ste., 200<br>Fountain Valley, CA 92708<br>Phone: (714) 907-4182<br>Email: globalcapitallaw@gmail.com | [X] Attorney<br><br>[ ] Debtor Pro Se | For court use only |
| **UNITED STATES BANKRUPTCY COURT**<br>CENTRAL **DISTRICT OF** CALIFORNIA- LA | | Case No.: 2:11-bk-26887-TD |
| Debtor: Carolyn Valdez<br>and, if any,<br>Joint Debtor: | | Chapter: 13 |

## DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE DOCUMENTS

Debtor hereby requests an extension of time to file:

[ ] Schedules / Statement of Financial Affairs
[X] Chapter 13 Plan
[X] Other (describe): Hearing In Re: Confirmation Plan

Date petition was filed:

Date of meeting of creditors: 6/23/2011

Debtor requests an extension to: 8/1/2011

Reason extension requested:

The principal Attorney with Global Capital Law, P.C has serious medical conditions and hospitalization.

Debtor understands that this motion and a proposed order shall be submitted for approval to the Chapter 13 Trustee in a chapter 13 case, and to the Office of the United States Trustee in a chapter 11 case.

Debtor further acknowledges that failure to file the required documents by any extended deadline will result in dismissal of the case with a bar to refiling a subsequent bankruptcy petition for 180 days following the entry of the dismissal order, pursuant to 11 U.S.C. § 109(g)(1).

Dated: 6/20/2011                           /s/ Gary Harre, Esq.
                                                    _____
                                                    Debtor/Debtor's attorney

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICE OF CALIFORNIA- LOS ANGELES

In re:
Carolyn Veldez

_____,
Debtor(s).

Case No. 2:11-bk-26887-T

Chapter 13

**ORDER ON MOTION BY DEBTOR(S) FOR AN EXTENSION OF TIME TO FILE DOCUMENTS**

The debtor(s) having filed a motion requesting an extension of time to file documents, IT IS HEREBY ORDERED as follows:

☐ Good cause appearing, the motion is granted with respect to those missing documents that are required pursuant to § 521(a)(1). [If requested within 45 days of the petition date, extension not to exceed an additional 45 days].

☐ Good cause appearing, the motion is granted with respect to the chapter 13 plan.

☐ Good cause appearing, the motion is granted with respect to the certificate of credit counseling required pursuant to § 109(h). [If requested within 30-day period during which the filing requirement is waived for exigent circumstances, extension not to exceed an additional 15 days].

☐ Good cause appearing, the motion is granted with respect to the statement of completion of a personal financial management course required pursuant to Bankruptcy Rule 1007(a)(3)(7).

☑ Good cause appearing, the motion is granted with respect to: [other]
To the Principle attorney of Global Capital Law, P.C is serious medical condit.

☐ Good cause NOT appearing, the motion is DENIED.

IT IS FURTHER ORDERED that an extension is granted through _____ within which to file the documents.

DATED: 06/23/2011
_____
UNITED STATES BANKRUPTCY JUDGE

1

**ORDER ON MOTION FOR EXTENSION OF TIME TO FILE DOCUMENTS**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8700 Warner Ave, Suite 200 Fountain Valley, Ca 92708

A true and correct copy of the foregoing document described as **NOTICE OF MOTION AND MOTING TO ORDER AN EXTENTION OF TIME, DECLARATION OF ATTORNEY GARY HARRE, AND PROOF OF SERVICE.**

Will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 20, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**United States Trustee (SV)** ustpregion16.wh.ecf@usdoj.gov
**Gary L Harre** ghcmecf@gmail.com

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR MAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 20, 2011,** I served the following person(s) and/or entity (ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**HONORABLE JUDGE DONOVAN, THOMAS (TD)**
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Room 940
Los Angeles, CA 90012

**Carolyn Valdez**
1933 Rosemount Avenue
Claremont, CA 91711

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 20, 2011 | Emily Khem | /s/ Emily Khem |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE